```
GARY M. RESTAINO
United States Attorney
District of Arizona
REBECCA S. GARVEY
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: rebecca.garvey@usdoj.gov
Attorneys for Plaintiff
```

FILED
2022 MAY 25 PM 4: 22
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-01111 TUC-JCH(BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| vs. | Violation: |
| Fabian Rivera-Flores, | 8 U.S.C. § 1326(a)(enhanced by 8 U.S.C. § 1326(b)(1)) |
| Defendant. | (Reentry of Removed Alien) |

**THE GRAND JURY CHARGES:**

On or about April 25, 2022, in the District of Arizona, to wit: at or near Lukeville, Fabian Rivera-Flores, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Del Rio, Texas, on or about May 20, 2021, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for

///

1  admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced
2  by Title 8, United States Code, Section 1326(b)(1).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Dated:   May 25, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/ S /

REBECCA S. GARVEY
Assistant United States Attorney

REDACTED FOR PUBLIC DISCLOSURE

*United States of America v. Fabian Rivera-Flores*
*Indictment Page 2 of 2*